UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 410 - LAB |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 297 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| James Gregory Davis | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ~~(Bond Posted / Case Disposed~~ / Order of Court).

**Irma Rosendo - Granados**

DATED: 2/19/08

_Ruben B. Brooks_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
                                Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082